# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ALLEN C. HASSAN,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE UNITED STATES OFFICE OF FOREIGN ASSETS CONTROL (OFAC); ADAM SZUBIN, Director of OFAC; ERIC HOLDER, (Attorney General of the United States); CORELOGIC CREDCO; EQUIFAX; EXPERIAN; TRANSUNION; and DOES 1 through 20;<br>　　　　Defendants. | CASE NO. 2:13-cv-01942-LKK-KJN<br><br>**ORDER GRANTING CONTINUANCE OF STATUS CONFERENCE** |

IT IS HEREBY ORDERED that the parties shall have a Status (Pretrial Scheduling) Conference continued from November 12, 2013 to February 10, 2014 at 1:30 p.m. before Judge Karlton in Chambers/Courtroom 4.  The parties shall file with the Court and serve upon all other parties, fourteen (14) days preceding the conference, a Status Report.

IT IS SO ORDERED.


Dated:  October 30, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT