UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALLEN C. HASSAN, | No.  CIV. S-13-1942 LKK/KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| THE UNITED STATES OFFICE OF FOREIGN ASSETS AND CONTROLS (OFAC); ADAM SZUBIN, Director of OFAC; ERIC HOLDER, (Attorney General of the United States); CORELOGIC CREDCO; EQUIFAX EXPERIAN; TRANSUNION; and Does 1 through 20, | |
| Defendants. | |

Pending before the court in the above-captioned case is defendant Trans Union, LLC's motion to dismiss, currently set for hearing on January 31, 2014. (ECF No. 13.) Plaintiff's opposition thereto was filed one day late, on January 14, 2014. (ECF No. 23.) The court will accept the late-filed opposition, but cautions plaintiff that he must hereafter strictly adhere to all filing deadlines in this matter.

1

Also scheduled to be heard on January 31, 2014 is the federal defendants' motion to dismiss. (ECF No. 21.) Plaintiff failed to file a timely opposition or statement of non-opposition thereto, as required by Local Rule 230(c). The court notes that, while plaintiff is proceeding *in propria persona*, he is a licensed, active member of the State Bar of California, and ought to be capable of following the Local Rules.

Having reviewed the papers filed to date, the court is of the view that oral argument in this matter is unnecessary, and will decide the motions on the papers.

In light of the foregoing, the court hereby orders as follows:

[1] Plaintiff is ORDERED TO SHOW CAUSE in writing why he should not be sanctioned in accordance with Local Rule 110, including a fine of $150.00 and/or an order dismissing the lawsuit, for his failure to respond to the federal defendants' dismissal motion in a timely manner. Plaintiff shall file his written response to this Order To Show Cause no later than seven (7) calendar days after docketing of this order.

[2] Plaintiff is DIRECTED to file an opposition or statement of non-opposition to defendants' dismissal motion no later than seven (7) calendar days after docketing of this order. The federal defendants shall file their reply, if any, no later than seven (7) calendar days thereafter.

1     [3] The hearing on the motions to dismiss, currently
2     scheduled for January 31, 2014, is VACATED.
3     IT IS SO ORDERED.
4     DATED:  January 16, 2014.

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```