UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN C. HASSAN,<br><br>        Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OFFICE OF FOREIGN ASSETS AND CONTROLS (OFAC); ADAM SZUBIN, Director of OFAC; ERIC HOLDER, (Attorney General of the United States); CORELOGIC CREDCO; EQUIFAX EXPERIAN; TRANSUNION; and Does 1 through 20,<br><br>        Defendants. | No.  CIV. S-13-1942 LKK/KJN<br><br>**ORDER** |

On January 16, 2014, the court ordered plaintiff Allen C. Hassan to "show cause in writing why he should not be sanctioned in accordance with Local Rule 110, including a fine of $150.00 and/or an order dismissing the lawsuit, for his failure to respond to the federal defendants' dismissal motion in a timely manner." Plaintiff was directed to file this response, as well as an opposition or a statement of non-opposition to the dismissal motion no later than January 24, 2014. (Order, ECF No. 24.)

1

1     Plaintiff failed to file a response to the order to show
2 cause. Plaintiff also failed to file an opposition or a statement
3 of non-opposition to the motion.
4     Accordingly, defendants The United States Office of Foreign
5 Assets Control, Adam Szubin, and Eric Holder are DISMISSED WITH
6 PREJUDICE as defendants from this action.
7     IT IS SO ORDERED.
8     DATED: February 7, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2