UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALLEN C. HASSAN, | No.  CIV. S-13-1942 LKK/KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| THE UNITED STATES OFFICE OF FOREIGN ASSETS AND CONTROLS (OFAC); ADAM SZUBIN, Director of OFAC; ERIC HOLDER, (Attorney General of the United States); CORELOGIC CREDCO; EQUIFAX EXPERIAN; TRANSUNION; and Does 1 through 20, | |
| Defendants. | |

Due to the pendency of defendant Transunion's motion to dismiss, and good cause appearing, IT IS HEREBY ORDERED that the status conference in this matter is reset from March 31, 2014 to August 4, 2014 at 2:00 p.m.  All parties shall file updated status reports fourteen days prior to that date.

DATED: March 27, 2014.

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

1