UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN C. HASSAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OFFICE OF FOREIGN ASSETS AND CONTROLS (OFAC); ADAM SZUBIN, Director of OFAC; ERIC HOLDER, (Attorney General of the United States); CORELOGIC CREDCO; EQUIFAX EXPERIAN; TRANSUNION; and Does 1 through 20,<br><br>　　　　Defendants. | No.　CIV. S-13-1942 LKK/KJN<br><br>**ORDER** |

　　Plaintiff Allen C. Hassan has sued defendants U.S. Department of Treasury Office of Foreign Control ("OFAC"), OFAC Director Adam Szubin, U.S. Attorney General Eric Holder, Corelogic Credco, Equifax Information Services, LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union, LLC ("Trans Union"), alleging violations of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA") and the California Consumer Credit Reporting Agencies Act, Cal. Civ.

1

Code § 1785.1 *et seq.* ("CCRAA"). Plaintiff also asserts California state law claims for defamation, false light invasion of privacy, and negligence.

Trans Union filed a motion to dismiss this action under Federal Rules of Civil Procedure 8 and 12(b)(6). (ECF No. 13.) Plaintiff filed an opposition (ECF No. 23), and Trans Union replied (ECF No. 25). The court took the motion under submission. (Order, ECF No. 24.)

Having reviewed the parties' filings in support of, and in opposition to, this motion, the court has determined that Trans Union's motion should be granted. Only three paragraphs of the complaint refer to Trans Union:

> 19. Upon information and belief, Trans Union, Inc., ("Trans Union") is a corporation incorporated under the laws of the State of Ohio authorized to do business, and doing business, in the State of California and the Counties of Sacramento and Placer.
>
> 20. Upon information and belief, Trans Union is a "consumer reporting agency," regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports to third parties, as defined in 15 U.S.C. § 1681a(f) and Cal. Civ. Code § 1785.3(d).
>
> 21. Upon information and belief, Trans Union disburses such consumer reports to third parties under contract for monetary compensation.

Nowhere to be found is any allegation of wrongdoing by Trans Union. The allegations newly raised by plaintiff in his opposition do not appear in his complaint and may not be considered by the court in deciding this motion. See Fed. R. Civ.

P. 15; Local Rule 220. As such, the complaint fails to provide Trans Union with notice of the claim against it, as required by Rule 8. Therefore, dismissal under Rule 12(b)(6), for failure to state a claim upon which relief may be granted, appears warranted. However, plaintiff will be permitted to amend his complaint to cure any pleading defects.

One other matter requires the court's attention. Defendants OFAC, Adam Szubin, and Eric Holder (the "Federal Defendants") previously moved to dismiss the complaint. (ECF No. 21.) When plaintiff failed to file an opposition or statement of non-opposition to their motion, the court ordered plaintiff to show cause as to why he "should not be sanctioned in accordance with Local Rule 110, including a fine of $150.00 and/or an order dismissing the lawsuit, for his failure to respond to the federal defendants' dismissal motion in a timely manner." (ECF No. 24.) Plaintiff failed to file either a response to this order to show cause or an opposition or statement of non-opposition, so the court dismissed the Federal Defendants from the action with prejudice, but did not levy any monetary sanctions. (ECF No. 28.) Plaintiff nevertheless mistakenly paid $150.00 to the Clerk of the Court in March 2014. This money should be returned to plaintiff.

In light of the foregoing, the court hereby orders as follows:

[1] Defendant Trans Union, LLC's motion to dismiss is
GRANTED without prejudice.

1        [2] Plaintiff Allen C. Hassan is GRANTED leave to file a
2        first amended complaint no later than thirty (30) days after
3        docketing of this order.

5        [3] The Clerk of the Court is DIRECTED to send a check,
6        payable to Allen C. Hassan, in the amount of $150.00, to
7        plaintiff's address of record.
8        IT IS SO ORDERED.
9        DATED:   June 13, 2014.

                                     _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT