UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN C. HASSAN,<br><br>       Plaintiff,<br><br>   v.<br><br>CORELOGIC CREDO, et al.,<br><br>       Defendants. | No. 2:13-cv-1942 KJM KJN<br><br><br>ORDER |

Indiana attorney Robert J. Schuckit has filed an application to be admitted pro hac vice to represent defendant Trans Union, LLC.   In his application, he notes he has already been admitted pro hac vice in this district twice in this year, in *Darrin v. Bank of America, N.A.*, *et al.*, No. 2:12-cv-02228 KJN, and *Anthony v. Equifax Information Services, LLC, et al.*, No. 2:13-cv-01424 TLN CKD.

In light of these two prior admissions and the current application, Attorney Schuckit is directed to show cause within fourteen days why he should not apply for admission to the bar of this court.

IT IS SO ORDERED.

DATED:  September 22, 2014.

_____
UNITED STATES DISTRICT JUDGE

1