UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN C. HASSAN, | No. 2:13-CV-01942 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF FOREIGN ASSETS CONTROL, et al., | |
| Defendants. | |

      In an order filed by the court on August 28, 2014, a status conference was set for November 13, 2014, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference.  The parties filed their joint status report on November 6, 2014, but there was no appearance by Thomas Quinn, Jr., for defendant Equifax, at the November 13th conference.

      Accordingly, Mr. Quinn is ordered to show cause on or before December 4, 2014, why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: November 20, 2014.

_____
UNITED STATES DISTRICT JUDGE

1