UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN C. HASSAN, | No. 2:13-cv-1942-KJM-KJN |
| Plaintiff, | |
| v. | ORDER AND |
| CORELOGIC CREDCO, et al., | ORDER TO SHOW CAUSE |
| Defendants. | |

Presently pending before the court is defendant Experian Information Solutions, Inc.'s ("Experian") motion to compel plaintiff's responses to Experian's interrogatories and requests for production of documents, presently set for hearing on February 26, 2015. (ECF No. 73.)[1] According to Experian, plaintiff failed to respond to Experian's counsel's attempts to meet and confer concerning the outstanding discovery responses. In light of plaintiff's complete failure to respond to Experian's discovery requests, the motion was noticed for hearing on fourteen (14) days' notice in accordance with Local Rule 251(e), requiring any response to the motion to be filed not later than seven (7) days before the hearing date. The court's records indicate that

---

[1] Although plaintiff represents himself in this action, plaintiff is a licensed attorney in active status with the California Bar. As such, this action has not been designated as a *pro se* action.

1

1    plaintiff failed to file a response to Experian's motion in accordance with Local Rule 251(e).

2           Furthermore, the court notes that another defendant, Corelogic Credco, LLC
3    ("Corelogic"), has also filed various motions to compel plaintiff's responses to its interrogatories
4    and requests for production of documents, as well as a motion to compel plaintiff to provide
5    initial disclosures in accordance with the district judge's prior scheduling order. (ECF Nos. 74,
6    75, 76, 77.) Those motions to compel are presently set for hearing on March 26, 2015.

7           The completion deadline for fact discovery in this matter is March 27, 2015. (<u>See</u> ECF
8    No. 67.) In light of plaintiff's purported discovery conduct thus far, plaintiff's failure to respond
9    to Experian's motion in accordance with the Local Rules, and the imminently approaching fact
10   discovery completion deadline, IT IS HEREBY ORDERED that:

11       1. The February 26, 2015 hearing on Experian's motion to compel is VACATED and
12          CONTINUED to **Thursday March 5, 2015, at 10:00 a.m.,** in Courtroom No. 25
13          before the undersigned.

14       2. The March 26, 2015 hearing on Corelogic's motions to compel is VACATED and
15          ADVANCED to **Thursday March 5, 2015, at 10:00 a.m.,** in Courtroom No. 25
16          before the undersigned.

17       3. Plaintiff shall file any response to the pending motions to compel no later than
18          **Monday March 2, 2015, at 5:00 p.m.** Defendants may, but need not, file a reply to
19          any response no later than Wednesday March 4, 2015, at 12:00 p.m.

20       4. Plaintiff shall also SHOW CAUSE, in writing, why the action should not be dismissed
21          based on plaintiff's purported discovery conduct and failure to prosecute the case.
22          Plaintiff's response to the order to show cause shall be filed no later than **Monday**
23          **March 2, 2015, at 5:00 p.m.**

24       5. Plaintiff shall appear <u>in person</u> at the March 5, 2015 hearing, and shall not be
25          permitted to appear telephonically.

26       6. Failure to strictly comply with the terms and deadlines of this order may result in the
27          imposition of sanctions, including a recommendation of dismissal of the action
28          pursuant to Federal Rule of Civil Procedure 41(b).

1  IT IS SO ORDERED.

2  Dated:  February 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE