UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN C. HASSAN, | No. 2:13-cv-1942-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| CORELOGIC CREDCO, et al., | |
| Defendants. | |

On February 26, 2015, defendant Corelogic Credco filed a motion to modify the court's scheduling order to allow an additional 120 days from the then-current discovery cut-off to complete discovery. ECF No. 79. No party opposed the motion, *see* Statements of Non-opp'n, ECF Nos. 84, 85, and it was granted by Minute Order on March 23, 2015, ECF No. 92.

On March 5, 2015, the assigned magistrate judge issued an order and findings and recommendations recommending this action be dismissed with prejudice. ECF No. 83. Plaintiff Allen Hassan has filed objections. ECF No. 87. The findings and recommendations remain pending.

In its status (pretrial scheduling) order, the court ordered the parties to participate in a Volunteer Dispute Resolution Panel (VDRP) mediation session in March 2015. Order Nov. 20, 2014, at 8, ECF No. 67. The parties have filed a stipulated joint request to vacate the

1

1 mediation date and modify the court's scheduling order to remove the requirement of mediation
2 in March 2015.  ECF No. 93.  The parties agree participation in mediation would prove
3 unproductive given the pending findings and recommendations, among other reasons.
4           A scheduling order may be modified upon showing of good cause.  *See* Fed. R.
5 Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).  Here, the
6 parties have shown good cause for a modification.  The mediation date is VACATED and the
7 court's status (pretrial scheduling) order MODIFIED to withdraw reference of this case to the
8 court's VDRP.
9           IT IS SO ORDERED.
10  DATED:  March 25, 2016.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE